DANIEL MALAKAUSKAS, *Cal. Bar No.: 265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive, Suite B-107-240
Las Vegas NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Meryl Pomponio**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>                                     Plaintiff,<br>v.<br><br>**TEMPKIN GROUP, INC.**, as an entity and doing business as "Barocci Motor Group", **KAMIL E. NINO**, as an individual and trustee of The KH Nino Trust dated July 18, 2011, **HELEN J. NINO**, as an individual and trustee of The KH Nino Trust dated July 18, 2011, **ANTONE NINO, RITA NINO, GEORGE NINO, VIENNA NINO,** and **DOES** 1-50, Inclusive,<br><br>                                     Defendants. | Case No.:  **3:20-cv-04150-TSH**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

   **PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, against all defendants, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date:  September 3rd, 2020                                                        /s/ Daniel Malakauskas
                                                                                                 By: Daniel Malakauskas, of,
                                                                                                 MALAKAUSKAS LAW, APC,
                                                                                                 Attorney for Plaintiff